UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED WE STAND,** *et al.*,  )<br>   )<br>   **Plaintiffs,**  )<br>   )<br>   v.  )<br>   )<br>**INTERNAL REVENUE SERVICE,**  )<br>   )<br>   **Defendant.**  )<br>_____ ) | Civil Action No. 01-0735<br>(ESH) |

## MEMORANDUM OPINION

Upon remand from the United States Court of Appeals for the District of Columbia, *United We Stand America, Inc. v. Internal Revenue Service*, 359 F.3d 595 (D.C. Cir. 2004), and pursuant to a status conference held on this date, the Court reviewed the Internal Revenue Service's ("IRS") response to the Joint Committee on Taxation's ("JCT") April 28, 1997 request. In particular, the Court reviewed *in camera* the following: (1) the JCT's letter request; (2) the IRS's thirty-four page response, which included a seventeen-page letter and three attachments; and (3) a draft declaration from Margo L. Stevens, IRS Assistant Chief Counsel for Disclosure and Privacy Law, articulating the IRS's reasons for withholding the thirty-four pages of material.

As ruled on this date in open Court, the vast majority of the thirty-four pages the Court reviewed were not even responsive to plaintiffs' FOIA request, which sought disclosure of "any and all documents . . . that refer or relate in any way" to United We Stand of America. As to the very limited amount of arguably responsive information, the Court upholds defendant's argument that disclosure of this information would reveal the JCT's request, and therefore, the Court will uphold defendant's argument that this information is not subject to FOIA.

Therefore, judgment will be entered on behalf of defendant, and plaintiffs' complaint will be dismissed without prejudice.

A separate Order accompanies this Memorandum Opinion.

                                                                                           s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Court

Date: July 1, 2004